IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CORDELIA ODOM                                              PLAINTIFF

v.                          CIVIL ACTION NO. 5:16-cv-123-DCB-MTP

FORD MOTOR COMPANY, et al.                                DEFENDANTS

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation (**docket entry 13**), to which no objections were filed. Having carefully reviewed the same, the Court finds that dismissal pursuant to Federal Rule of Civil Procedure 41(b) is warranted. Despite being advised that failure to comply could result in the dismissal of her civil action, plaintiff Cordelia Odom ("Odom") failed to respond to the last two orders entered by this Court. See Docs. 11, 12. Odom has not contacted the Court or filed anything of record since early April when her former attorney filed a Motion to Withdraw as Counsel.[1] See Doc. 8. Because the plaintiff has failed in her obligation to prosecute her case and comply with the Court's orders, the Court adopts the Report and Recommendation and shall dismiss all remaining claims without prejudice.

Accordingly,

---

[1] In her motion, Odom's former counsel informed the Court that, despite her efforts, she had been unable to reach Odom in the four or five months preceding the motion. See Doc. 8.

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation (docket entry 13) is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that the plaintiff's claims are dismissed without prejudice.

A Final Judgment dismissing the cause without prejudice will follow in accordance with Federal Rule of Civil Procedure 58.

SO ORDERED, this the 6th day of September, 2017.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE